IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLENDALE HOGGARD and<br>LINDA PATTON,<br>*On Behalf of Themselves and All Others Similarly Situated*,<br><br>        Plaintiffs,<br><br>    v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a<br>CHAMPION MORTGAGE COMPANY,<br><br>        Defendant. | Case No. 1:17cv00099-TK |

## PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND RESPONSES TO INTERROGATORIES

Plaintiffs Glendale Hoggard and Linda Patton ("Plaintiffs"), on behalf of themselves and all others similarly situated, hereby move to compel Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company ("Defendant") to produce documents and respond to interrogatories. A memorandum in support of this Motion is being submitted herewith, along with a proposed order. The parties have met and conferred on several occasions regarding these discovery disputes. Defendant did not respond to Plaintiffs' most recent letter of November 9, 2017, which outlined Plaintiffs' position and offered another meet-and-confer conference. Nor did Defendant respond to Plaintiffs' voicemail of November 15, 2017 regarding the same. Plaintiffs therefore believe the Motion is opposed.

Dated:  December 1, 2017             /s/ Andrea R. Gold
                                                       Andrea R. Gold [DC Bar No. 502607]
                                                       Sophia Goren [DC Bar No. 1044723]
                                                       Tycko & Zavareei LLP
                                                       1828 L St. NW
                                                       Suite 1000

Washington, DC 20036  
Telephone: (202) 973-0900  
Facsimile: (202) 973-0950  
Email: agold@tzlegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2017, a copy of the foregoing was filed using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt.

Dated: December 1, 2017			/s/ Andrea R. Gold
						Andrea R. Gold
						Tycko & Zavareei LLP
						1828 L St. NW
						Suite 1000
						Washington, DC 20036
						Telephone: (202) 973-0900
						Facsimile: (202) 973-0950
						Email: agold@tzlegal.com