UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLENDALE HOGGARD *et al.*,

    *Plaintiffs*,

  v.

NATIONSTAR MORTGAGE LLC d/b/a
CHAMPION MORTGAGE COMPANY,

    *Defendant*.

Civil Action No. 17-99 (TJK)

## ORDER

The Court hereby GRANTS Plaintiffs' Motion to Seal (ECF No. 26).  Given that (1) Defendant has not timely opposed Plaintiffs' motion to seal, (2) the material to be sealed has been submitted to the Court only in connection with a pretrial discovery motion and is of no particular public interest, (3) the material appears to consist of Defendant's confidential business information falling within the ambit of the previously entered Protective Order (ECF No. 17), and (4) Plaintiffs have filed a redacted copy of the material on the public docket (ECF No. 27) and served an unredacted copy of the material on opposing counsel, the Court finds that placing the material under seal is appropriate at this time under the test established in *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980).  Accordingly, the Clerk's Office is directed to maintain the unredacted versions of Plaintiffs' filing under seal.  The Court may revisit this decision either on motion or *sua sponte* as circumstances warrant.

In addition, for good cause shown, the Court hereby GRANTS the parties' Joint Motion to Amend the Scheduling Order (ECF No. 23), nunc pro tunc to December 15, 2017, and ORDERS as follows:

1. Defendant shall file its opposition to Plaintiffs' Motion to Compel (ECF No. 27) by January 5, 2018.

2. Plaintiffs shall file their reply in support of their Motion to Compel (ECF No. 27) by January 19, 2018.

3. The deadlines set forth in the Court's Order (ECF No. 23) entered on October 13, 2017, are adjusted as follows:

    a. Plaintiffs shall make their expert disclosures for any Rule 23 class certification experts on or before March 29, 2018.

    b. Defendant shall make its expert disclosures for any Rule 23 class certification experts on or before April 26, 2018.

    c. The deadline for discovery on (i) the merits of the named Plaintiffs' claims and (ii) evidence necessary for the parties to litigate class certification under Rule 23 is May 9, 2018.

4. The status conference currently set for February 12, 2018, is rescheduled to May 15, 2018, at 9:30 a.m. in Courtroom 11.  In the event of a scheduling conflict, the parties shall promptly meet, confer, and then jointly contact the Courtroom Deputy at (202) 354-3495 to schedule a new time convenient to the parties and the Court.

5. Going forward, no further discovery motions may be filed without leave of the Court.  In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement.  If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers, at

which time the Court will either rule on the issue or determine the manner in which it will be handled.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: December 21, 2017