# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLENDALE HOGGARD and <br> LINDA PATTON, <br> *On Behalf of Themselves and All Others Similarly Situated*, <br><br>           Plaintiffs, <br><br> v. <br><br> NATIONSTAR MORTGAGE LLC d/b/a <br> CHAMPION MORTGAGE COMPANY, <br><br>           Defendant. | Case No. 1:17cv00099-TK |

## PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Plaintiffs Glendale Hoggard and Linda Patton ("Plaintiffs"), on behalf of themselves and all others similarly situated, hereby move to compel Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage Company ("Defendant" or "Champion") to produce documents. A memorandum of points and authorities in support of the Motion is attached hereto along with the Declaration of Andrea R. Gold. The parties have met and conferred on several occasions regarding these discovery disputes. On January 11, 2019, per the Court's Order, the parties jointly called the Court and gave brief, general summaries of their positions. The Court directed Plaintiffs to file this Motion, which is opposed.

Dated: January 16, 2019

Respectfully submitted,

   */s/ Andrea R. Gold*
Andrea R. Gold [DC Bar No. 502607]
Katherine M. Aizpuru [DC Bar No. 1022412]
Tycko & Zavareei LLP
1828 L St. NW, Suite 1000

Washington, DC 20036<br>
Telephone: (202) 973-0900<br>
Facsimile: (202) 973-0950<br>
agold@tzlegal.com<br>
kaizpuru@tzlegal.com